UNITED STATES of America,
Appellee,

v.

Zachary HRASKY, Appellant.

No. 07–3141.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 23, 2009.

Filed: Jan. 28, 2009.

Steven A. Russell, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Korey L. Reiman, Reiman Law Firm, Lincoln, NE, for Appellant.

Zachary Hrasky, Terre Haute, IN, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Ne-

PER CURIAM.

Zachary Hrasky pleaded guilty to being a felon in possession of a firearm. He now appeals the district court's[1] final judgment, asserting that he is seeking a final decision from this court so he can petition the Supreme Court for review of this court's earlier interlocutory decision in *United States v. Hrasky,* 453 F.3d 1099 (8th Cir.2006) (reversing suppression of evidence), *cert. denied,* —— U.S. ——, 127 S.Ct. 2098, 167 L.Ed.2d 812 (2007). In this appeal, Hrasky does not challenge any ruling by the district court. Regarding the suppression issue, we conclude that this court's prior decision is law of the case and that there is no basis for revisiting it. Accordingly, we affirm. *See* 8th Cir. R. 47B.